IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:12-cr-000180-SWW |
| | * | (No. 4:14-cv-00131-SWW) |
| DWIGHT ALEXANDER, | * | |
| Defendant. | * | |

## ORDER

Pending before the Court is a pro se motion [doc.#74] of defendant Dwight Alexander to vacate, set aside or correct sentence under 28 U.S.C. § 2255. After a review of the pleadings, the Court is of the opinion that a response by the United States of America would facilitate the resolution of this motion. The Court therefore directs the United States to respond to defendant's motion on or before twenty (20) days after the date of entry of this Order.

IT IS SO ORDERED this 6th day of March 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE